# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

NIESHA NAKERIA BROWN,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1839

———————————————

November 21, 2025

Appeal from the Circuit Court for Manatee County; Stephen Mathew Whyte, Judge.

Richard C. Reinhart, Bradenton, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and William C. Shelhart, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

    Affirmed.

LUCAS, C.J., and SLEET and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.